IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL JONES,** | ) |
| Plaintiff, | ) |
| | ) Case No. 4:21-CV-00137 |
| v. | ) |
| **CITY OF ST. LOUIS,** *et al.*, | ) |
| Defendants. | ) |

# NOTICE OF DEATH

COMES NOW Defendant City of St. Louis, by and through its attorney Sheena Hamilton, City Counselor for the City of St. Louis, pursuant to Federal Rule of Civil Procedure 25(a)(1), and hereby notifies the Court and all parties that Defendant Michael Guzy is deceased.

Respectfully Submitted,

/s/ Abby Duncan
Abby Duncan  #67766 MO
Associate City Counselor
1200 Market Street
City Hall, Room 314,
St. Louis, MO  63103
314.622.3361
DuncanA@stlouis-mo.gov

*Attorney for Defendants*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 8, 2023, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Abby Duncan